Submitted on record and brief March 5, reversed and remanded for new trial March 10, 1975

STATE OF OREGON, *Respondent, v.* LEROY JACKSON (No. C-74-07-2181 Cr), *Appellant.*

532 P2d 259

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

The state concedes reversible error.

Reversed and remanded.